■ HENRY M. ROSZYK, Appellant, v. HELEN M. ROSZYK, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from an order of Chautauqua Special Term directing plaintiff to pay counsel fees and disbursements for the prosecution of defendant's appeal from a judgment awarding plaintiff an absolute divorce.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS DE VORE, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Order unanimously affirmed, without costs of this appeal to either party. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ WALSH'S, INC., Appellant, v. COUNTY OF OSWEGO et al., Respondents, et al., Defendants.— Motion for reargument or resettling order entered December 23, 1959, denied. Upon the new trial all questions of fact will be open for consideration. Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ FRANCES L. MERCKENS, Appellant, v. THEODORE H. MERCKENS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ In the Matter of RICHARD G. HEUSINGER, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ EARL C. SYLVANDER et al., Individually and on Behalf of All Other Stockholders Similarly Situated, Appellants, v. LOUIS J. TABER et al., Respondents, and LOUIS J. LEFKOWITZ, Attorney-General of the State of New York, Intervenor-Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ TOWN OF ONONDAGA, Respondent, v. MARY L. HUBBELL et al., Appellants. — Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ JOSEPH VALERIO, Appellant, v. SLEETH-PONTIAC, INC., et al., Respondents.— Motion for reargument as to Sleeth-Pontiac, Inc. denied. Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ In the Matter of ANONYMOUS, an Attorney.— Upon motion made at the hearing herein, the petition is dismissed. Memorandum: No specific violation of the Canons of Ethics is alleged in the petition. The practice of a committee of a Bar Association attempting to collect a civil debt under threat of presenting the matter to this court should not be encouraged. The Bar Association itself should pass upon the question of any violation of the Canons of Ethics before submitting the matter to this court. All concur. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of PHILIP GOLDFINGER, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Motion granted to appeal on one typewritten copy of record and five typewritten copies of brief.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY MECCA, Appellant.— Appeal dismissed upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUDOLPH ARMSTRONG, Appellant.— Robert Zecher, Esq. assigned as counsel in place and stead of James S. Hurley, Esq.